In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-539 CV


____________________



IN THE MATTER OF D.S.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-10484-J






 MEMORANDUM OPINION


 D.S., a juvenile, has filed a written request to withdraw his notice of appeal because
he no longer desires to pursue an appeal. The request is signed by D.S., D.S.'s attorney, and
D.S.'s mother. The Court finds that this motion is voluntarily made by the appellant prior
to any decision of this Court and should be granted. We grant the request and dismiss the
appeal. See Tex. R. App. P. 42.1(a)(1).

 APPEAL DISMISSED.

 _____________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered February 14, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.